UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SILVER LEAF PARTNERS, LLC

    Plaintiff,

Vs                                    Civ. 1:20-cv-04687


TIPTREE, INC., et al

    Defendants.


## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel herby give notice that the above styled action is voluntarily dismissed, without prejudice against the Defendants.

Dated: July 17, 2020

                                             Respectfully Submitted,

                                             /s/ M. Fyzul Khan _____
                                             M. Fyzul Khan, Attorney
                                             200 Park Avenue, Floor 17
                                             New York, New York 10166
                                             212-632-8421
                                             fyzulk1@gmail.com


### Certificate of Service

    I hereby certify that on July 17, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of the Court by using the CM/ECF system which sent notice of such foiling to all parties.

                                             /s/ M. Fyzul Khan _____
                                                M. Fyzul Khan, Attorney